# CRIMINAL COVERSHEET
## U.S. District Court, Western District of Oklahoma

Petty ☐   Misdemeanor ☐   Felony ✔   USAO No.: _____   Case No.: _____

Charging Document: **Complaint**   No. of Defendants: 1   Total No. of Counts: 1   Sealed: Y ☐

Forfeiture: Y ☐   OCDETF: Y ☐   McGirt: Y ☐   Warrant ✔   Summons ☐   Notice ☐   N ✔
N ✔   N ✔   N ☐   Companion Case No. (if any): _____

**DEFENDANT INFORMATION:**   By: **la**

| | |
|---|---|
| Name: **Nathan Benfall** | |
| Alias(es): | Address: Oklahoma City, OK 73112 |
| | FBI No.: |
| DOB: 1988   SSN: 1492 | Race:   Interpreter: Y ☐ N ✔ |
| Sex: M ✔ F ☐   Juvenile: Y ☐ N ✔ | Language/Dialect: English |

**DEFENDANT STATUS/RECOMMENDATION:**   **PRIOR MAGISTRATE JUDGE PROCEEDINGS:**

☐ Not in Custody   ✔ Detention Requested   Complaint: Y ✔   N ☐
☐ Type of Bond: _____
☐ In Custody at: _____   Magistrate Judge Case No.: MJ- 22-659-P
Inmate/Prisoner/Register No.: _____   Previously Detained: Y ✔   N ☐

**ATTORNEY/AGENCY INFORMATION:**

☐ Public Defender   Name: Cody Gilbert   AUSA: Brandon Hale
☐ CJA Panel   Address: 1415 NW 43rd Street   Agent/Agency: FBI
☐ Retained   Oklahoma City, OK 73118
Phone: (405) 601-6700   Local Officer/Agency: _____

## CHARGING DETAILS

| Count(s) | U.S.C. Citation(s) | Offense(s) Charged | Penalty |
|---|---|---|---|
| 1 | 18 U.S.C. § 2251(a)<br>18 U.S.C. § 2251(e) | Sexual exploitation and attempted sexual exploitation | Not more than 30 years', Not less than 15 years' imprisonment, $250,000 fine, or both; not less than 5 years-or up to life-supervised release; and $55,100 special assessment. |

**Signature of AUSA:** s/Brandon Hale   **Date:** 09/12/2022

**CLEAR ALL**   **PRINT FORM**   3/21